FILED

2014 MAR -5 PM 3:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>LOUIE ALEXANDER SANCHEZ and<br>MARVIN EUGENE NORWOOD,<br><br>    Defendants. | CR No. 14- CR14-0135<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (g)(9):<br>Prohibited Person in Possession of<br>Firearms/Ammunition] |

The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (g)(9)]

On or about July 21, 2011, in San Bernardino County, within the Central District of California, defendants LOUIE ALEXANDER SANCHEZ ("SANCHEZ") and MARVIN EUGENE NORWOOD ("NORWOOD") knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

(1) a Bushmaster model XM15E2S .223 caliber semi-automatic rifle, bearing serial number L160418;

(2) a Marlin model 700 .22 caliber semi-automatic rifle, bearing serial number 11400761;

///

    (3)    a Mossberg model 500A 12-gauge shotgun, bearing serial number J309659;

    (4)    a Llama model Mini-Max .45 caliber semi-automatic pistol, bearing serial number 71-04-05342-04;

    (5)    a Smith & Wesson model 66-4 .357 caliber revolver, bearing serial number CAA7305;

    (6)    50 rounds of Fiocchi .223 caliber ammunition;

    (7)    5 rounds of Remington 12-gauge ammunition;

    (8)    6 rounds of Federal Cartridge Company .45 caliber ammunition; and

    (9)    6 rounds of Remington .357 caliber ammunition.

Such possession occurred after defendant SANCHEZ had been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Evading an Officer With Willful Disregard for Safety, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of San Bernardino, case number FVA025751, on or about August 1, 2006.

Furthermore, such possession occurred after defendant SANCHEZ had been convicted of a misdemeanor crime of domestic violence, namely, Willful Infliction of Corporal Injury on a Spouse/Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of San Bernardino, case number MSB066236, on or about January 24, 2003.

Furthermore, such possession occurred after defendant NORWOOD had been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Willful Infliction of Corporal Injury on a Spouse/Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of

1  California, County of San Bernardino, case number FVI024018, on or
2  about June 16, 2006.
3
4                                    A TRUE BILL
5
6                                    /S/
                                     _____
7                                    Foreperson

8  ANDRÉ BIROTTE JR.
   United States Attorney
9
10 ROBERT E. DUGDALE
   Assistant United States Attorney
11 Chief, Criminal Division
12
13 KEVIN M. LALLY
   Assistant United States Attorney
14 Acting Chief, Violent & Organized Crime Section

15 KAREN I. MEYER
   Assistant United States Attorney
16 Deputy Chief, Violent & Organized Crime Section
17
18 MAX B. SHINER
   Assistant United States Attorney
   Violent & Organized Crime Section
19
20
21
22
23
24
25
26
27
28